No. 5,816.—PONDERA VALLEY CORPORATION, APPELLANT, *v.* CAPITAL NATIONAL BANK OF ST. PAUL, RESPONDENT.

*Appeal from Pondera County; Stephen J. Cowley, Judge.*

Decided December 28, 1925.

PER CURIAM.—Pursuant to *praecipe* of counsel it is ordered that the appeal in this cause be dismissed.

*Mr. E. G. Toomey* and *Mr. Frank W. Mettler*, for Appellant.

*Mr. T. B. Weir*, for Respondent.